

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00020-CV

McAllen Public Utility

v.

Othal E. Brand, Jr. in his official capacity as Board President, Chris Burns in his official capacity as Vice President, Mark Freeland in his official capacity as Secretary, W.D. Moschel in his official capacity as Member, Lance Neuhaus in his official capacity as Member of the Board of Directors of Hidalgo County Water Improvement District No. 3

On Appeal from the
398th District Court of Hidalgo County, Texas
Trial Court Cause No. C-1601-22-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

August 30, 2024